ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Tamika Harris,

Plaintiff,

v.

Kilolo Kijakazi ,
Acting Commissioner of Social Security,

Defendant.

Case No.  23-cv-00776
Judge Heather K. McShain

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

     which ☐ includes          pre–judgment interest.
        ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

. 

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: Judgment is entered in favor of plaintiff, Tamika Harris, and against defendant.
The Court remands the case for further proceedings pursuant to the fourth sentence of 42 U.S.C. §405(g).

---

This action was (check one):

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Heather K. McShain on an agreed motion for reversal with remand for further administrative
proceedings.

Date:  11/9/2023

Thomas G. Bruton, Clerk of Court

P. Klutcharch, Deputy Clerk